UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TMT EUROPEAN DEVELOPMENT, LLC, ERIC ROGOZIENSKI and KIMBERLY ROGOZIENSKI, individually and the marital community composed thereof,<br><br>Defendant. | No.: 2:20-cv-01062-RSL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Developers Surety and Indemnity Company and defendant TMT European Development, LLC stipulate that this lawsuit should be dismissed with prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED this 1st day of April, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE
NO.: 2:20-CV-01062-RSL

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930